IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY NEAL, sui juris, )<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>ELDRIDGE A. BURNS and )<br>SANTANDER CONSUMER U.S.A., )<br>)<br>    Defendants.    ) | CIVIL ACTION NO.<br>1:16cv37-MHT<br>(WO) |

OPINION

Plaintiff filed this lawsuit asserting that defendants failed to provide him with certain documents under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 551. The matter is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed prior to service of process. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 22nd day of March, 2016.**

                                          **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**