IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOSEPH ANTHONY NEAL, sui    )
juris,                      )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )          1:16cv37-MHT
                            )              (WO)
ELDRIDGE A. BURNS and       )
SANTANDER CONSUMER U.S.A.,  )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed.

(3) The motions to dismiss (doc. nos. 7 & 8) are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of March, 2016.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**